**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Patrick Hoernig, having been duly sworn, state;

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent (SA) with the Federal Bureau of Investigations (FBI) and

have been employed since April of 2023.  I received approximately 18 weeks of training at the

FBI Academy in Quantico, Virginia. During that time, I received training on various topics,

including evidence collection, interviewing, legal procedure and process, source management,

investigative technology, firearms and tactical training, and defensive tactics.  I am currently

assigned to the Violent Crimes squad of the FBI's Louisville Field Division.  I am responsible

for investigating, among other things, violations concerning crimes against children, and other

violent crimes.  I have conducted or participated in surveillance, the execution of search

warrants, and the operation and debriefing of informants.

2.      Before my current assignment, I was a police officer for a total of eight years in

Crete, Illinois, and Jeffersonville, Indiana, where I responded to and investigated state and

municipal crimes.  I received approximately 28 weeks of training in the police academy and on-

the-job field training where I learned similar skills outlined above in the FBI academy.  I

conducted on scene investigations of numerous natures of criminal offenses including but not

limited to, assault, individual and commercial robberies, various theft offenses, narcotics

violations, firearms violations, fugitives from justice, as well as child sexual and physical abuse.

I have gained experience in conducting these investigations through training and through

everyday work, including executing search warrants, conducting interviews of individuals

trading and producing child sexual abuse material.  I have also received Internet Crimes Against Children (ICAC training), which includes training concerning investigating and enforcing state and federal child sexual exploitation laws.  Often, these crimes involve the use of computers and other digital media to produce, receive, transfer, and/or store depictions of children being sexually abused (often referred to as CSAM – child sex abuse materials).

3.      I am an investigator and law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7).  I am empowered by law to conduct investigations of, to execute search warrants, and to make arrests for offenses of Federal law.

4.      This affidavit is submitted in support of a criminal complaint alleging that CHARLES O'LOAN violated Title 18, United States Code, Sections 2251(a) by using a minor to engage in sexually explicit conduct to produce a visual depiction.

5.      Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging O'LOAN with sexual exploitation of children, I have not included each and every fact known to me concerning this investigation.  I have set forth only those facts that I believe are necessary to establish probable cause to believe that the defendant committed the offenses alleged in the complaint.

## PROBABLE CAUSE

6.      On June 3, 2025, I was contacted by Task Force Officer Lorin Payne (hereafter "TFO Payne") and informed of the following information.

7.      On May 30, 2025, Detective Jada Grady (hereafter "Detective Grady") with Louisville Metro Police Department's Office of Sexual and Physical Investigations (hereafter "OSPI") received an initial report from LMPD's Fourth Division Sergeant Pamela Oberhausen (hereafter "Sgt. Oberhausen").  Sgt. Oberhausen was contacted by Nicholasville Kentucky Police

Department Lt. Kyle Lamb (hereafter "Lt. Lamb") in relation to an active investigation involving allegations of suspected sexual abuse of 2 juvenile victims (Minor Victim 1, 5 years of age, and Minor Victim 2 ,12 years of age).

8.      Detective Grady spoke with Lt. Lamb who stated the ███████████████████ contacted Nicholasville police to report messages found by ████████████████████████ ██████ phone which is an iPhone in a pink and clear case . Minor Victim 2 had taken screenshots of messages between ████████████████████, CHARLES O'LOAN (DOB: XX/XX/1985) (hereinafter "O'LOAN"), who resides at ████████████████ ████████████. The messages depict O'LOAN wanting to pursue a sexual relationship with Minor Victim 2. 



9.      On May 30, 2025, Nicholasville PD Officer Jacob Edwards conducted a preliminary interview with Minor Victim 2. Minor Victim 2 said, O'LOAN had a video of him touching himself, it was gross and scary, O'LOAN was masturbating. Further, Minor Victim 2

10.      On May 30, 2025, Nicholasville PD Lt. Lamb sent Detective Grady pictures provided to them by ██████████████████████ One of the pictures provided is the

———————————————



11.    Some of the screenshots provided by Minor Victim 2 are as follows (Some of the screenshots are taken while a video is being played):



---

[3] The screenshot described in this paragraph will be made available for review by the Magistrate Judge and will be kept in a secure location by the Affiant.













[redacted]

12.     On June 2, 2025, the Honorable Judge Jessica Moore with the Jefferson County

District Court found probable cause for a search warrant for O'LOAN,  his residence, and his

vehicle to recover evidence in relation to the sexual exploitation of children.

13.     On June 3, 2025, Detective Grady along with other LMPD Officers observed

O'LOAN at his residence.  Officers followed O'LOAN to PNC Bank at 3001 Preston Highway,

Louisville, Kentucky 40217.  LMPD Detectives executed the search warrant for O'LOAN and

his vehicle at approximately 9:13 a.m. LMPD officers seized a cellular telephone from

O'LOAN's person.  O'LOAN was released after an interview attempt.

14.     Later that day LMPD Officers executed a search warrant at O'LOAN's residence

at approximately 10:00 a.m..  During the search, five pairs of adult male underwear were

recovered including one pair that were pink with a blue waistband which matched the underwear

on the adult male in the screenshot provided by Minor Victim 2.  Detectives photographed a

black and white patterned rug which also matched the rug depicted in the screenshot provided by

12

Minor Victim 2. Detectives photographed a pair of black and gray puma socks which were also depicted in the screenshot provided by Minor Victim 2. There was 1 polaroid picture of Minor Victim 1 recovered. Additionally, seven electronic devices were collected including three computer hard drives, a computer tower, a digital camera, and two iPhones.

15.     I reviewed the screenshot of the video as well as the scene photos taken during the search of O'LOAN's residence, which is located at ██████████████████ ████. In reviewing the scene photos, I observed the pick underwear with a blue waistband, the black and white patterned rug and the black and gray puma socks which are depicted in the screenshot.

16.     On June 3, 2025, Detective Grady called ██████████████████ ████████████████████ to confirm the physical characteristics and identity of the adult male portrayed in the screenshot with Minor Victim 1. ████████████████ was on video call with Detective Grady which was audio and video recorded. During the video call, she was able to identify the genitals in the screenshot, as being O'LOAN's genitals. ████████ ████████ was able to identify O'LOAN's genitals by a distinct curvature from an injury he received. O'LOAN had previously texted images of his penis after the injury to ████████ ████████████████████████ ████████████████████████████████ ████████████████████████ ██.

_____

████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████

17.     Utilizing law enforcement license plate readers, O'LOAN's vehicle bearing Kentucky registration A2A602, was observed traveling south bound on Interstate 275 at the intersection of KY 212 on June 3, 2025, at 1:44 p.m.. This intersection is utilized to enter or exit Cincinnati Northern Kentucky International Airport.

18.     On June 3, 2025, LMPD Detectives discovered O'LOAN had purchased an American Airlines ticket from Cincinnati Northern Kentucky International Airport to Dublin Ireland.  O'LOAN was located by Airport Police at the Cincinnati Northern Kentucky International Airport.

19.     The following is a list of all the cellphones which were seized on June 3, 2025, during the search of O'LOAN's residence and from his person:

- iPhone in a pink case

- black iPhone with a cracked screen

- Red and white iPhone

**CONCLUSION**

20.     Based upon the above information, I submit that there is probable cause to believe that on or between November 1, 2024, and May 26,  2025, CHARLES O'LOAN violated Title 18, United States Code, Section 2251(a), by using a minor with the intent the minor engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct.

14

Respectfully submitted,

*/s/ Patrick Hoernig*
Patrick Hoernig
Special Agent
FBI Louisville Kentucky


Subscribed and sworn to me by applicant by telephone per the requirements of Fed. R. Crim. P. 4(d) and 4.1 on this 4th day of June 2025.

_____
HON. REGINA S. EDWARDS
UNITED STATES MAGISTRATE JUDGE

15