UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

IN THE MATTER OF THE
CRIMINAL COMPLAINT FOR
CHARLES O'LOAN                          NO.   3:25-mj-337
                                        *Filed Under Seal*

### ORDER

Upon motion of the United States of America, by counsel, Assistant United States Attorney, Danielle M. Yannelli; and the Court being sufficiently advised,

It is hereby ORDERED that the United States may file both a redacted and unredacted Criminal Complaint Affidavit in this matter;

It is hereby further ORDERED that all affidavits and the criminal complaint relating to the above matter and the contents thereof are sealed. No person may unseal or review the contents of the file or actions heretofore taken or to be taken without the express written authorization of a Judge of the United States District Court for the Western District of Kentucky.

Regina S. Edwards, Magistrate Judge
United States District Court

June 4, 2025

**ENTERED**
JAMES J. VILT JR., CLERK
6/4/2025
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY