# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                            **PLAINTIFF**

**VS.**         **CRIMINAL ACTION NUMBER: 3:25-MJ-337**

**CHARLES O'LOAN**         **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on June 4, 2025, to conduct an initial appearance.

APPEARANCES

| | |
|---|---|
| For the United States: | Danielle Yannelli, Assistant United States Attorney |
| For the defendant: | Defendant Charles O'Loan – Present and in custody |
| Court Reporter: | Digitally recorded |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charge contained therein and was advised of his rights. The Court questioned the defendant under oath and found him eligible for appointed counsel. Patrick J. Bouldin, Assistant Federal Defender, was present and accepted the appointment on behalf of the Office of the Federal Defender.

The United States having moved for the detention of the defendant,

**IT IS HEREBY ORDERED** that a combined preliminary and detention hearing is scheduled for **June 5, 2025 at 1:30 p.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshal pending further order of the Court.

June 4, 2025                               **ENTERED BY ORDER OF THE COURT:**
                                                          **REGINA S. EDWARDS**
                                                         **UNITED STATES MAGISTRATE JUDGE**
                                                         **JAMES J. VILT, JR., CLERK**
                                                         **BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|15