UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
**(Filed Electronically)**

**CRIMINAL ACTION No. 3:25-MJ-337**
**UNITED STATES OF AMERICA,**                                       **PLAINTIFF,**

**vs.**

**CHARLES O'LOAN,**                                                       **DEFENDANT.**

**NOTICE OF SUBSTITUTION OF COUNSEL**

Comes the Office of the Federal Defender for the Western District of Kentucky, assigned counsel herein, and gives notice to the Court that Federal Defender Scott T Wendelsdorf has been substituted as counsel of record for defendant in the above-styled action.

Assistant Federal Defender Patrick J. Bouldin should be removed from PACER as counsel of record, and the Clerk is hereby requested to terminate any further electronic notices to said attorney regarding this action.

                                                    /s/ Scott T Wendelsdorf
                                                    Federal Defender
                                                    629 Fourth Street
                                                    Suite 200
                                                    Louisville, Kentucky 40202
                                                    (502) 584-0525

                                                    Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

## CERTIFICATE

     I hereby certify that on June 5, 2025, the foregoing notice was sent by electronic transmission through the Court's ECF system to the United States. I also certify that on June 5, 2025 a copy of this motion was served on the defendant by mailing same to Mr. O'Loan

                                               s/Scott T Wendelsdorf

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808